# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dennis C. Lanham,

|  |  |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | **WITH PREJUDICE** |

Wal-Mart Stores, Inc.,

Civ. No. 04-4298 PAM/RLE

Defendant.

## ORDER

On reading and filing the Stipulation of counsel:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August  2,  2005          BY THE COURT:


s/Paul A. Magnuson
Paul A. Magnuson
Judge of United States District Court